UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Mallory O'Shea, et al</u>

    v.

<u>Woodbine Senior Living, LLC</u>          Case No. 23-cv-230-SM-AJ


<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the following:

1. Order by Judge Steven J. McAuliffe dated February 9, 2024; and

2. Order by Judge Steven J. McAuliffe dated April 10, 2024.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                         By the Court:

                         /s/ Daniel J. Lynch
                         Daniel J. Lynch
                         Clerk of Court

Date: April 11, 2024

cc:  Counsel of Record